UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20521-RAR

**HOWARD COHAN**,

    Plaintiff,

v.

**SF MIAMI, LLC**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court for a status conference on February 29, 2024, [ECF No. 13]. The parties have informed the Court that they are working towards resolving this matter without the need for protracted litigation and are amendable to administratively closing this case while working towards a resolution. Accordingly, the Court having carefully reviewed the file and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**.

4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of February, 2024.

                                                  _____
                                                **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**