UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20521-RAR

HOWARD COHAN,

    Plaintiff,

vs.

SF MIAMI, LLC,
a Florida Limited Liability Company,
d/b/a SEXY FISH,

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    The Plaintiff, HOWARD COHAN and the Defendant, SF MIAMI LLC, a Florida Limited Liability Company, d/b/a SEXY FISH, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against SF MIAMI LLC, a Florida Limited Liability Company, d/b/a SEXY FISH; and (3) the Parties shall bear their own costs and fees except if otherwise provided between the Parties in writing.

    RESPECTFULLY SUBMITTED July 8, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Chad K. Lang, Esq.**
Chad K. Lang, Esq.
Florida Bar No. 156922
Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
Fax: 855.327.0391
Email: clang@smgqlaw.com
Email: lrodriguez@smgqlaw.com
Attorneys for Defendant

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                        **/s/ Gregory S. Sconzo**
                                                                        **Gregory S. Sconzo, Esq.**