UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20521-RAR

**HOWARD COHAN**,

    Plaintiff,

v.

**SF MIAMI, LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice, [ECF No. 22], filed on July 8, 2024.  The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear its own respective costs and fees except as otherwise agreed.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of July, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**